# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDRONICO SALAZAR-LEZAMA, ) <br> ) <br> Defendant, ) <br> ) | 2:12-cr-00298-JCM-VCF <br><br><br> **ORDER** |

Before the Court is Defendant Andronico Salazar-Lezama's Ex Parte Motion to Withdraw as Counsel for Defendant. (#24).

IT IS HEREBY ORDERED that Defendant Salazar-Lezama's Ex Parte Motion to Withdraw as Counsel for Defendant (#24) is GRANTED.

IT IS FURTHER ORDERED that Dustin R. Marcello, Esq. is appointed in place of the Federal Public Defender.

IT IS FURTHER ORDERED that the Federal Public Defender will forward the file to Mr. Marcello forthwith.

DATED this 28th day of January, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE