# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>       Plaintiff, ) <br> vs. ) <br> ANDRONICO SALAZAR-LEZAMA, ) <br>       Defendant. ) | 2:12-cr-298-JCM-VCF <br><br> **ORDER** |

On October 23, 2013, Dustin R. Marcello, Esq. filed a "Motion to Withdraw as Attorney of Record" (#35). Therefore, with good cause appearing;

IT IS HEREBY ORDERED that the "Motion to Withdraw as Attorney of Record" (#35) is granted.

IT IS FURTHER ORDERED that Michael P. Kimbrell, Esq. is appointed as counsel for Andronico Salazar-Lezama in place of Dustin R. Marcello, Esq. for all further proceedings.

IT IS FURTHER ORDERED that Mr. Marcello shall forward the file to Mr. Kimbrell forthwith.

DATED this  20th  day of November, 2013.

Nunc Pro Tunc Date: November 19, 2013.

_____
CAM FERENBACH
United States Magistrate Judge